12559.   TRAUB v. SAVANNAH SUGAR REFINING CORPORATION.

STEPHENS, J.  This case is controlled by the decision this day rendered in
    *Slater* v. *Savannah Sugar Refining Corp.*, ante, 280 (110 S. E. 759).
              *Judgment affirmed.  Jenkins, P. J., and Hill, J., concur.*
                    DECIDED MARCH 4, 1922.

    Action on contract; from Chatham superior court — Judge
Meldrim.  May 19, 1921.

    Application for certiorari was denied by the Supreme Court.

    *Saussy & Saussy, Watkins, Russell & Asbill,* for plaintiff in error.
    *Hitch, Denmark & Lovett,* contra.